**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-61091-LEIBOWITZ/AUGUSTIN-BIRCH**

**MARTHA CHAVARRIA**,

    *Plaintiff*,

v.

**MIAMI MANAGEMENT, INC.,** *et al.*,

    *Defendants.*

_____/

**<u>ORDER</u>**

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed this action on June 21, 2024 [ECF No. 1]. To date, there is no indication in the court docket that Defendant FYVE FLORIDA, LLC, has been served with a copy of the summons and Complaint. Federal Rule of Civil Procedure 4(m) requires the Court to dismiss any civil action in which the defendant has not been served within ninety (90) days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m).

The Court ordered that Plaintiff may file a Second Amended Complaint no later than October 21, 2024. [ECF No. 15]. Plaintiff failed to do so. Plaintiff will have one final opportunity to file a Second Amended Complaint.

It is therefore **ORDERED AND ADJUDGED** that on or before **October 28, 2024**, Plaintiff shall perfect service upon the Defendant FYVE FLORIDA, LLC, or show cause why this case should not be dismissed as to Defendant FYVE FLORIDA, LLC, for failure to effectuate service of process. Failure to file proof of service or show good cause by **October 28, 2024**, will result in a dismissal of Defendant FYVE FLORIDA, LLC, without further notice. Defendants Miami Management, Inc., and Las Terrazas at Vizcaya Condominium Association, Inc., shall respond to the Complaint within

21 days of Defendant FYVE FLORIDA, LLC, being served or the Court dismissing Defendant FYVE FLORIDA, LLC.   Plaintiff may file a Second Amended Complaint **no later than October 25, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on October 22, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record