UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61091-LEIBOWITZ/AUGUSTIN-BIRCH

**MARTHA CHAVARRIA**,

    *Plaintiff*,

v.

**MIAMI MANAGEMENT, INC.,** *et al.*,

    *Defendants.*

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on United States Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation on Plaintiff's Motion for Taxation of Costs and Motion for Taxation of Attorney's Fees [ECF Nos. 55, 56]. [ECF No. 58 (the "R&R")]. Judge Augustin-Birch recommends granting the Motion for Taxation of Costs [ECF No. 55] and granting in part and denying in part the Motion for Taxation of Attorney's Fees [ECF No. 56]. The parties did not file any objections to the R&R, and the time to do so has passed. After careful review of the filings, the applicable law, and the record, the Court adopts Judge Augustin-Birch's R&R in its entirety.

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). The objections must also present "supporting legal authority." S.D. Fla. L. Mag. J.R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings

or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up). To the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Id.* at 784 (cleaned up).

The parties have not submitted any objections to Judge Augustin-Birch's R&R, and the time to do so has passed. As such, the Court has reviewed the R&R for clear error only. Upon this review, the Court finds not only no clear error but also notes that Judge Augustin-Birch's R&R is thorough, cogent, and compelling. The Court adopts the R&R in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. Magistrate Judge Augustin-Birch's R&R [**ECF No. 58**] is **AFFIRMED AND ADOPTED**.

2. The Motion for Taxation of Costs [**ECF No. 55**] is **GRANTED**. Defendants shall pay Plaintiff $263 in costs.

3. The Motion for Taxation of Attorney's Fees [**ECF No. 56**] is **GRANTED IN PART AND DENIED IN PART**. Defendants shall pay Plaintiff $4,320 in attorney's fees.

4. The *Clerk of Court* is directed to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on August 7, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record